

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00544-CV

In the Matter of the Marriage of Sandra LaDean Hahn and Henry Adolph Hahn

On appeal from the
87th District Court of Limestone County, Texas
Trial Cause No. 30,622-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 15, 2016.